UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>23-1647</u>, <u>23-1648</u>, <u>23-1649</u>, <u>23-1650</u>, <u>23-1651</u>, <u>23-1652</u>, & <u>23-1781</u>

OI European Group B.V. v. Bolivarian Republic of Venezuela

Northrop Grumman Ship Systems, Inc., formerly known as Ingalls Shipbuilding, Inc. v. The Ministry of Defense of the Republic of Venezuela

ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. v. Bolivarian Republic of Venezuela

Rusoro Mining Limited v. Bolivarian Republic of Venezuela

Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. Bolivarian Republic of Venezuela

Gold Reserve Inc. v. Bolivarian Republic of Venezuela

**ORDER**

Seven appeals have been filed in these six cases. The first six appeals were filed by Petróleos de Venezuela, S.A., in all six cases. Those appeals were previously consolidated. The seventh appeal was filed by the Bolivarian Republic of Venezuela in one case.

All seven appeals are hereby consolidated for the purposes of scheduling, a single joint appendix, and disposition.

The Court disfavors redundant briefing. Each appellant is limited to a single opening brief addressing all of its appeals (and a consolidated reply brief, if filing one). Although not all plaintiffs/creditors are jointly represented, they appear similarly situated. They are therefore encouraged to file a single consolidated response brief addressing all seven appeals or, at a minimum, coordinate briefing and adopt portions of other briefs by reference. <u>See</u> Fed. R. App. P. 28(i). If the plaintiffs/creditors intend to file a single consolidated response brief, they should notify the Clerk's office in writing prior to their first briefing deadline.

      The parties should electronically file documents on the Court's docket only in the appeals to which the documents relate. Failure to file documents in the appropriate case may result in the issuance of a noncompliance order. Case-opening forms for the newly filed seventh appeal should be filed only in that appeal and not re-filed in the earlier appeals. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 1, 2023
JK/cc:  All Counsel of Record